**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ARLA TWEEDY,**

      **Plaintiff,**

**v.**                        **Case No:   6:15-cv-2148-Orl-31TBS**

**DISCOVERY MARKETING &**
**DISTRIBUTING, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

Upon consideration of the Stipulation of Dismissal (Doc. 33), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed, each party to bear its own fees and costs. The dismissal of this case is with prejudice as to Plaintiff's individual claims against Defendant, and without prejudice as to all putative, unidentified class members, if any.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 29, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties